HARRY W. WILLSON et al., Respondents, v NEW YORK LIFE INSURANCE COMPANY et al., Respondents. EUGENE J. HALPERT et al., Appellants. [644 NYS2d 617]

No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin and Williams, JJ.

In the Matter of GARY FARRELL, a Disbarred Attorney. [644 NYS2d 893]

Concur—Rosenberger, J. P., Rubin, Ross and Nardelli, JJ.